

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LARRY WILLIAMS, | NO. C 03-4000 |
| Petitioner(s), | **ORDER OF DISMISSAL** |
| v. | |
| CITY & COUNTY OF SAN FRANCISCO MEDICAL DEPT., | |
| Respondent(s). | |

On September 2, 2003, petitioner filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 22, 2006, the Court issued an order directing Petitioner to file a notice of intent to prosecute and to provide a current address. On March 9, 2006, the February 22, 2006 Order was returned as undeliverable. In light of the foregoing, this action is DISMISSED for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

The clerk shall close the file. The Court certifies that any appeal is not taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated: May 17, 2006

JAMES WARE
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.Jw\HC.03\williams4000dis.frm

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Larry Williams
#2077822
San Francisco County Jail
P.O. Box 67
San Bruno, CA  94066

**Dated:  May 17, 2006**                                              **Richard W. Wieking, Clerk**

                                                                      **By:   /s/JW Chambers**
                                                                             **Melissa Peralta**
                                                                             **Courtroom Deputy**

Order of Dismissal
P:\PRO-SE\SJ.Jw\HC.03\williams4000dis.frm